# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 4, 2009

139113

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JAMES R. HARRIS, a Minor, and JACOB D.
HARRIS, a Minor, by their Parents, JAMES R.
HARRIS, JR. and DEANNA L. HARRIS, as
Next Friend, and JAMES R. HARRIS, JR. and
DEANNA L. HARRIS,
            Plaintiffs-Appellees,

v

DOUGLAS ROBERTS,
            Defendant-Appellant.

SC: 139113
COA: 289876
Clare CC: 07-900615-NI

_____/

On order of the Court, the application for leave to appeal the May 12, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.

CORRIGAN, YOUNG, and MARKMAN, JJ., would remand this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 4, 2009

_____
Clerk